NUMBER 13-07-343-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


JESUS REYNALDO PEREZ RODRIGUEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from the 389th District Court 


of Hidalgo County, Texas.


_________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, JESUS REYNALDO PEREZ RODRIGUEZ, attempted to perfect an
appeal from a judgment entered by the 389th District Court of Hidalgo County, Texas. 
Sentence in this cause was imposed on April 3, 2007. No timely motion for new trial
was filed. The notice of appeal was due to be filed on May 3, 2007, but was not filed
until June 7, 2007. Said notice of appeal is untimely filed. Appellant filed an untimely
motion to permit late filing of the notice of appeal on May 31, 2007.

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notice
of appeal and a motion requesting an extension of time within such period. 

 The Court, having considered the documents on file, appellant's failure to timely
perfect his appeal, and appellant's untimely motion, is of the opinion that the appeal
should be dismissed for want of jurisdiction. Appellant's untimely motion to permit
late filing of notice of appeal is dismissed. The appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 23rd day of August, 2007.